**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Maynard O. Panser, | Civil No. 04-3344 (RK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| -vs- | |
| J.C. Penney Company, Inc., d/b/a J.C. Penney; Monogram Credit Card Bank of GA; Trans Union LLC; Equifax Information Services, LLC, Experian Information Solutions, Inc.; and CSC Credit Services Inc., | |
| Defendants. | |

---

Pursuant to a written Stipulation entered into between the Plaintiff and Defendant Equifax Information Services LLC ("Equifax") stating that the above-entitled action against Equifax has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Defendant Equifax are hereby **DISMISSED WITH PREJUDICE**, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

Dated: August 16, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Court
