**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Maynard O. Panser, | **Civil No. 04-3344 (RK/AJB)** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| -vs- | |
| J.C. Penney Company, Inc., d/b/a J.C. Penney; Monogram Credit Card Bank of GA; Trans Union LLC; Equifax Information Services, LLC, Experian Information Solutions, Inc.; and CSC Credit Services Inc., | |
| Defendants. | |

---

Pursuant to a written Stipulation entered into between the Plaintiff and Defendant Experian Information Solutions Inc. ("Experian") stating that the above-entitled action against Experian has been fully and finally compromised and settled on the merits:

**IT IS HEREBY ORDERED** that any and all claims of the Plaintiff against Defendant Experian are hereby **DISMISSED WITH PREJUDICE**, each of the parties to bear and pay all costs and expenses incurred or to be incurred by each respectively in connection with said action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2005.

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge